# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America )
v. )
Windell Norwood Hicks )
) Case No: 7:09-CR-9-1FL
) USM No: 70433-056
Date of Original Judgment: February 11, 2010 )
Date of Previous Amended Judgment: ) Pro Se
(Use Date of Last Amended Judgment if Any)    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

While the guideline amendments apply to defendant, they do not have the effect of lowering his advisory guidelines range. Therefore, defendant is ineligible for a sentencing reduction pursuant to section 3582(c).

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 11, 2010 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 06/06/2014       *Louise W. Flanagan*
                                        *Judge's signature*

Effective Date: _____    Louise W. Flanagan, U.S. District Judge
*(if different from order date)*            *Printed name and title*