> **Motion DENIED.**
>
> This the 18th day of June, 2018.
>
> /s/Louise W. Flanagan, U.S. District Judge



FILED
JUN 08 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: SWT DEP CLK

RE: Case #7:09-CR-9-FL-1
Windell N. Hicks #70443-056
Ashland Federal Correctional Institution
P.O. Box 6001
Ashland, Kentucky 41105

Letter to: Judge Louise W. Flanagan

Dear Honorable Court,

On October 7, 2009, I was indicted for 841(b) 1(a).

The United States government seized my earnings. At a fortiture hearing it was shown that those earnings were not the product of any illegal activity. I recently wrote a letter to my then Attorney Joseph Zeszotarski Jr. on 11-13-17, inquiring about my property and he never responded back to me. I am writing this letter to you and asking you to please help me collect the property that was rewarded to me by the court.

Thank you for your assistance in this matter and may God Bless you.

Respectfuuly Windell N. Hicks

*Windell N. Hicks*